WINTHROP, Appellant, v. BALLENZWEIG, Respondent. (Supreme Court, Appellate Term. June 22, 1905.) Appeal from Municipal Court, Borough of Manhattan, Fourth District. Action by Egerton L. Winthrop against Max Ballenzweig. From a judgment for defendant, plaintiff appeals. Reversed. Jay & Candler, for appellant.

PER CURIAM. The learned justice seems to have thought that this was an action to recover the amount of unpaid taxes. In fact, it was a proceeding to dispossess for nonpayment

of taxes. There was no adequate proof of the tenant's assertion that he had been authorized to spend something for repairs and offset it against the taxes; but, even if that claim had been allowed, his expenditures did not equal the taxes, and the landlord's right to a final order was established. There was nothing to submit to the jury. The so-called judgment must be reversed, with costs to the appellant, and the cause remitted to the Municipal Court for trial and disposition as a summary proceeding.